UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BANK OF AMERICA, a national banking association, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:10-cv-00563-RWS ) |
| ANALYTICS, INC., a Missouri corporation, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER AUTHORIZING PLACEMENT OF RESEARCH ANIMALS IN ANIMAL SANCTUARIES AND INDEMNIFYING PARTIES FROM ANY FUTURE LIABILITY ASSOCIATED THEREWITH**

This matter comes before the Court upon the *Motion for Order Authorizing Placement of Research Animals in Animal Sanctuaries and Indemnifying Parties from Any Future Liability Associated Therewith* (the "Motion").[1] The only objection filed to the Motion having been withdrawn, the Court finds that good cause exists for entry of this Order,

IT IS HEREBY ORDERED that the Receiver is hereby authorized to place the Animals with the Sanctuaries upon the Receiver's receipt of an appropriate indemnity and hold harmless agreement from the Sanctuaries wherein the Sanctuaries will indemnify and hold harmless the Indemnified Parties[2]; and

IT IS FURTHER ORDERED that the Receiver is hereby absolved from any and all liabilities, claims and/or causes of action of any person or entity arising from or relating to the Animals from and after the placement of the Animals with the Sanctuaries.

Dated: June 30, 2010

Rodney W. Sippel
United States District Judge

---

[1] All capitalized terms used herein and not otherwise defined shall have the respective meanings ascribed thereto in the Motion.
[2] The Receiver shall also utilize his best efforts to obtain an indemnity for the Receivership Debtors from each of the Sanctuaries.