*AniClin Preclinical Services - Machinery & Equipment List*

*(as of November 2009)*
*(verified, May 2010)*
**All items below are located at:**
AniClin Preclinical Services
161 Janes Chapel Rd.
Oxford, New Jersey

| QTY | Description | Comments |
|---|---|---|
| **Surgical Area** | | |
| 1- | GE Model OEC 9800 Plus Cardiac Mobile C-Arm Fluoroscopy Imaging Unit, S/N HS-2344-C-RC, (2005); with Rotating Anode X-Ray Tube and High Powered 15-kW Generator, and OEC Portable Cardiac Control Unit, with (2) Monitors, Keyboard, and Digital Printer | |
| 1- | Lot of Miscellaneous Equipment to Include: | |
| | 4 DRE Model MAXX LUXX II Ceiling Mounted Orbital Surgical Light Sources, (2008); Each with (2) Light Heads | |
| | 2 Shor-Line Model KCHO V-Top Surgical Tables, S/N 11388; and S/N 19307; Each with Hydraulic Lift Base Heads | |
| | 1 Radical Single Extraction Pulse Oximeter, S/N 20195 004 333 | Need to confirm; may be missing |
| | 2 Matrx Model VMS Portable Small Animal Veterinary Anesthesia Machines; Each with Oxygen Flowmeter Oxygen Flush; CO2 Absorber; Dome-Type Inhalation and Exhalation Valves; H20 Pressure Gauge; Pressure Relief Valve; Air Intake Valve; (2) 40" Corrugated Breathing Tubes; and Breathing Bag | |
| | (2) Hallowell Model 2000 Veterinary Anesthesia Ventilators, S/N 1417; and S/N 1557; Each with Electronically Controlled Ventilator; Dual Airway Pressure Alarms; and Interchangeable Bellows and Housing Units | |
| | (1) Marquette Model Eagle 4000 Patient Monitor, S/N E8FB3313GR | |
| | (1) Beckman Coulter Model CS-6KR Centrifuge, S/N NGD97C36 | |
| | (1) MDE Model Escort Prism Patient Monitor, S/N LR83658 | |
| | (1) Shor-Line Model EDS 3 Stainless Steel Scale | |
| | (1) Manufacturer Unknown 6'x28" Carcass Disposal | |

*AniClin Preclinical Services - Machinery & Equipment List*

*(as of November 2009)*
*(verified, May 2010)*
**All items below are located at:**
AniClin Preclinical Services
161 Janes Chapel Rd.
Oxford, New Jersey

| QTY | Description | Comments |
|---|---|---|
| | Freezer | |

**Primate Building #2**

| QTY | Description | Comments |
|---|---|---|
| 1- | Lot of Miscellaneous Equipment to Include: | |
| (15) | Portable Stainless Steel Primate Cages; 4-Cage Capacity | |
| (1) | Lab Products/Harford Incorporated Portable Stainless Steel Primate Cage; 2-Cage Capacity | |
| (7) | Portable Stainless Steel Primate Cages; 4-Cage Capacity | Have another 9 cages as scrap |
| (1) | Lab Products/Harford Incorporated Portable Stainless Steel Primate Cage; 2-Cage Capacity | |
| (1) | Maytag Model MTB1950GR 29" Refrigerator | |

**Canine and Rodent Building**

| QTY | Description | Comments |
|---|---|---|
| 1- | Lot of Miscellaneous Equipment to Include: | |
| (3) | Portable Stainless Steel Rodent Cage Washing Racks | |
| (1) | Portable Stainless Steel Rodent Cage; 60-Cage Capacity | |
| (1) | Portable Stainless Steel Metabolism Testing Cage | |
| (132) | Galvanized Steel K9 Cages | |
| (1) | Idexx Model Vet Test 8008 Laser Cyte System Chemistry Analyzer; with VetStat Electrolyte and Blood Gas Analyzer; and Electrolyte Snap-in Blood Centrifuge | |
| (1) | Beckman Coulter Model GS-6R Centrifuge, S/N N6D96D04 | |
| (1) | Nikon Model TMS Stereo Microscope | |
| (1) | Spencer Stereo Microscope | |
| (1) | Vetroson Model 6600 Small Animal Anesthesia Machine, S/N 384403.S | |
| (1) | Stainless Steel Veterinarian Workstation; with Lay Down Racks; and Sink Basin | |
| (1) | Henry Schein Ultrasonic Scaler and Polisher | |

***AniClin Preclinical Services - Machinery & Equipment List***

*(as of November 2009)*
*(verified, May 2010)*
**All items below are located at:**
AniClin Preclinical Services
161 Janes Chapel Rd.
Oxford, New Jersey

| QTY | Description | Comments |
|---|---|---|
| (1) | Sartorius Portable Stainless Steel Digital Scale; with 34" x 24" Platform | |
| (1) | Beckman Coulter Model GS-6KR Centrifuge, S/N G493C8 | |
| (1) | Mettler Toledo Model PB1502 Balance Scale | |
| (1) | Ohaus Model Explorer Pro Balance Scale | |
| (1) | BioLogics Model 150V/T Ultrasonic Homogenizer | |
| (1) | Branson Model 1510 Ultrasonic Bath | |
| (40) | Allentown Caging Equipment Portable Stainless Steel Key System Cages | Need to Confirm |
| (36) | Galvanized Steel K9 Cages | |
| (1) | Mettler Toledo Model A8104-S Balance Scale, S/N 000780 | |
| (8) | Portable Stainless Steel Metabolism Cages | |
| (1) | New Brunswick Scientific Model U535-86 Ultra-low Temperature Freezer, S/N 1007-0307-0105, (2005); -86 degrees Celsius Low Temperature | |
| (1) | Forma Scientific Model 8516 Ultra-Low Temperature Freezer, S/N 85580, (1993) | |
| (1) | Electrolux Model FRU17B2JW5 Refrigerator, S/N W821700209, (2002) | |
| (1) | Manitowoc Ice Maker | |
| (1) | Kenmore Portable Dishwasher | |
| (1) | Transonic Systems Model BLF 21D Laser Doppler Flowmeter | |
| (1) | Transonic Systems Model HL-D1088 Flowmeter | |
| (2) | Burdick Model Atria 3100 EKG Machines | |
| (5) | Stainless Steel Portable Metabolism Cages; 20-Cage Capacity | |
| (1) | Stainless Steel Portable Metabolism Cage; 8-Cage Capacity | |
| (2) | Portable Stainless Steel Ventilated Cages; 80-Cage Capacity | |
| (290) | 12"x18" Plastic Rodent Cages | |
| (1) | Fisher Hamilton Model Safe Aire 54L933 4'x2'x20" | |

*AniClin Preclinical Services - Machinery & Equipment List*

*(as of November 2009)*
*(verified, May 2010)*
**All items below are located at:**
AniClin Preclinical Services
161 Janes Chapel Rd.
Oxford, New Jersey

| QTY | Description | Comments |
|---|---|---|
|  | Fume Hood, S/N 10370, (2001) |  |
| (1) | Karcher Model 8CS530 Portable Pressure Washer |  |
| (20) | Portable Stainless Steel Primate Cages; 4-Cage Capacity |  |
| (6) | Plas Labs Portable Primate Chairs |  |
| (1) | Sorvall Model RT6000D Centrifuge, S/N TC4RCNF6 |  |
| (1) | General Electric Dishwasher |  |
| (28) | Stainless Steel Portable Primate Cages; 4-Cage Capacity |  |
| (1) | Clark Model CMDNA24V8A/9A Battery Powered Scrubber, S/N 376976, (2008) |  |
| (1) | Lot of Machinery and Equipment in Canine and Rodent Building, to Include; Stainless Steel Tables, Stainless Steel Wash Sinks; Shelving; Chairs; Desks Shop Vacs; Bug Lights; and Accessories |  |
| (1) | Model JDS 70 - D  70-kva Emergency Generator Backup Diesel Generator, S/N | Additional Generator not included in asset list. ($7k-$8k) |

### Office Building

| | | |
|---|---|---|
| 1- | Lot of Miscellaneous Equipment to Include: |  |
| (1) | Lot of Computers Peripherals and Phone Systems, To Include: Cisco Model 1841; Cisco Model IAD2431-16FXS; Netgear Model Gigabit Smart Switch; and ~~Toshiba Model CHSUB112A2 Strata Phone System and Accessories~~ | Phone system not included |
| (1) | Lot of Office Equipment and Furniture Located in Administrative Office Building, To Include: Desks; Chairs; Returns; Credenzas; Bookshelves; Conference Room Furniture; and Accessories |  |

### Main Kennel

1-   Lot of Miscellaneous Equipment to Include:
  (1) Dynatech Model PA40SP 50-kva Emergency

*AniClin Preclinical Services - Machinery & Equipment List*

*(as of November 2009)*
*(verified, May 2010)*
**All items below are located at:**
AniClin Preclinical Services
161 Janes Chapel Rd.
Oxford, New Jersey

| QTY | Description | Comments |
|---|---|---|
| | Backup Diesel Generator, S/N V4777/C/8; 40 kW; with Perkins Engine | |
| (20) | 48"x48" Galvanized Steel Swine Cages | |
| (1) | Northland Corporation Model RF293G-1468 Research Refrigerator, S/N 98J86526 | |
| (1) | Kenmore Model 253.29111990 Research Refrigerator, S/N WB93727202 | |
| (1) | Fisher Scientific Model 203FS Isotemp Oven, S/N 2027080609600 | |
| (6) | Rabbit Cages; Each with Plastic Flooring (located in Room 100) | |
| (2) | Allentown Caging Equipment Rabbit Cages; 6-Cage Capacity | |
| (1) | Shor-Line KCMO 3' x 2-1/2' Primage Cage; 2-Cage Capacity (located outside) | |
| (5) | Petmate Model Vari-Kennel Plastic Kennel | |
| (1) | Pharmacal Clidox Mixing Station Cage Cleaning System | |
| (1) | Pelton & Crane Model Validator 8 Autoclave | |
| (1) | VWR Scientific Model 75HT Ultrasonic Bath | |
| (1) | Lot of Equipment Located in Main Kennel, To Include Television; VCRs; Surgical Tools; Shelving; Stainless Steel Tables; Chairs; Desks; Shop Vacs; Bug Lights; and Accessories | |

**Throughout Facility**

| | | |
|---|---|---|
| 1- | Lot of Miscellaneous Equipment to Include: | |
| (1) | Empire Agri Automatic Feeder; with (2) Bolted Carbon Steel Silo; Bottom Mounted Auger Transfer Piping; (Not In Service at Time of Inspection) | |
| (1) | Stainless Steel Portable Over Under Primate Cage; 2-Cage Capacity | |
| (10) | Stainless Steel Primate Cages | |
| (1) | ~~Lot of Support Equipment Located Throughout Facility, To Include; Vector Security System, with Motion Detectors; Temperature Monitors; Window,~~ | Not to be included |

**AniClin Preclinical Services - Machinery & Equipment List**

*(as of November 2009)*
*(verified, May 2010)*
**All items below are located at:**
AniClin Preclinical Services
161 Janes Chapel Rd.
Oxford, New Jersey

| QTY | Description | Comments |
|---|---|---|
| | ~~Door, and Fire Sensors; Roof Mounted Air Handlers~~ | |
| | ~~Air Conditioning Units; and Chain Link Fencing~~ | |

**Rolling Stock**

1- Lot of Miscellaneous Equipment to Include:
- (1) 2003 Ford Model E-450 Super Duty Diesel Bus, VIN 1FDXE45F13HA16214; 74,982 Miles Indicated 3' Capacity; with Enclosed Flatbed Type Rear, Approximately 18'
- (1) 1992 Ford Box Truck, VIN 2FDLF47M5NCA72030; 318,183 Miles Indicated, Automatic Transmission; with Model T3970 FSF 92 14F Box; and Thermo King Refrigeration Unit; and Utility Storage Bins
- (1) 2000 Ford Model E350 Cargo Van, VIN 1FTNS24L718HA27487; ~28,000 Miles Indicated, Triton V8

**Not-included:**

6 Primate rack differential  November count 95  March count 89