UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BANK OF AMERICA, a national banking association, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 4:10CV563 RWS |
| ANALYTICS, INC., et al., | ) ) ) |
| Defendants. | ) |

### ORDER GRANTING AMENDED AND RESTATED APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY MORRIS-ANDERSON & ASSOCIATES, LTD.

This matter comes before the Court on the *Amended and Restated Application for Allowance of Fees and Expenses* (the "Application") filed by Morris-Anderson & Associates, Ltd. ("Applicant"), and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no further notice need be given; the only objection thereto having been withdrawn;

**IT IS HEREBY ORDERED that** the Application [# 95] is **GRANTED** as to the relief requested therein.

**IT IS FURTHER ORDERED** that Applicant's fees in the amount of $470,532.50 and expenses in the amount of $43,064.14 incurred during the period April 7, 2010 through August 31, 2010 are approved and allowed.

**IT IS FURTHER ORDERED** that Analytics, Inc., Aniclin Preclinical Services LLC, Chemir Analytical Services LLC, CAS-MI Laboratories LLC and the division of Azopharma Contract Pharmaceutical Services LLC that was formerly known as Cyanta Analytical Laboratories, Inc. are authorized and directed to pay to Applicant all Approved Fees and

Expenses that have not been previously paid to-date.

                                          _____
                                          RODNEY W. SIPPEL
                                          UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2011.