UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, a national banking association, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:10CV563 RWS |
| ANALYTICS, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY MORRIS-ANDERSON & ASSOCIATES, LTD.

This matter comes before the Court on the *Second Application for Allowance of Fees and Expenses* (the "Application") *filed by Morris-Anderson & Associates, Ltd.* ("Applicant"), and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no further notice need be given;

**IT IS HEREBY ORDERED that** the Application [# 148] is **GRANTED** as to the relief requested therein.

**IT IS FURTHER ORDERED** that Applicant's fees in the amount of $368,741.25 and interim expenses in the amount of $29,194.24 incurred during the period September 1, 2010 through December 31, 2010 are approved and allowed.

**IT IS FURTHER ORDERED** that Analytics, Inc., Aniclin Preclinical

Services LLC, Chemir Analytical Services LLC, CAS-MI Laboratories LLC and the division of Azopharma Contract Pharmaceutical Services LLC that was formerly known as Cyanta Analytical Laboratories, Inc. are authorized and directed to pay to Applicant all Approved Fees and Expenses that have not been previously paid to-date.

                                                                             /s/ Rodney W. Sippel
                                                                             RODNEY W. SIPPEL
                                                                             UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2011.